■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROLAND STEPHENSON, Appellant. [835 NYS2d 894]—Order, Supreme Court, New York County (Roger S. Hayes, J.), entered on or about January 20, 2006, which adjudicated defendant a level three sex offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Defendant did not establish a special circumstance warranting a downward departure from his presumptive risk level (*see People v Guaman*, 8 AD3d 545 [2004]). Defendant's point score was well over the threshold for a level three adjudication, his underlying crimes were very serious, and his claim that his evi-

dence of rehabilitation nevertheless warrants a departure is unpersuasive. Concur—Tom, J.P., Mazzarelli, Andrias, Williams and McGuire, JJ.